IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FIL[illegible]
05 APR 26 AM 11:3[illegible]
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

TYRONE A. BYRD,

Plaintiff,

v. No. 03-2490 B

TRAVIS FLENNIKEN, SOUTHEAST COMMUNITY CAPITAL and TECHNOLOGY 2020,

Defendants.

---

ORDER DENYING AS MOOT
PLAINTIFF'S MOTION TO DENY DEFENDANTS' MOTION FOR ATTORNEYS' FEES

---

Pending on the Court's docket in this matter is the October 12, 2004 motion of the Plaintiff, Tyrone A. Byrd, to deny the motion of the Defendants, Travis Flenniken, Southeast Community Capital and Technology 2020, for an award of attorney's fees. In an order entered on October 15, 2004, the Court denied the Defendants' motion.[1] Accordingly, the Plaintiff's request is DENIED as moot.

IT IS SO ORDERED this 25th day of April, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

[1]The filing of the pro se Plaintiff is in actuality a response to the Defendants' motion.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-26-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 70 in case 2:03-CV-02490 was distributed by fax, mail, or direct printing on April 26, 2005 to the parties listed.

---

John B. Starnes
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Tyrone A. Byrd
10206 Herons Landing Cove
Lakeland, TN 38002

Honorable J. Breen
US DISTRICT COURT